**Gregory BAKA, Petitioner**

v.

**DEPARTMENT OF JUSTICE,
Respondent**

2016-2351

United States Court of Appeals,
Federal Circuit.

July 14, 2017

GREGORY BAKA, Dublin, CA, argued pro se.

JIMMY MCBIRNEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN.

(Lourie, Moore, and O'Malley, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**